UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 174,**

CASE NO. 06-10125

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

               **Plaintiff,**

   vs.

**COUNTRY FRESH, L.L.C., et al.,**

               **Defendant(s).**

_____/

## ORDER OF DISMISSAL

Pursuant to Local Rule 41(a)(1)(I), this court has been advised by counsel for the Plaintiff that it wishes to voluntary dismiss the above-entitled action,

Accordingly, the above-entitled action is dismissed without prejudice and without costs.

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Dated: October 25, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 25, 2006, by electronic and/or ordinary mail.

s/ William F. Lewis
Case Manager